CITY OF SANTA ANA
OFFICE OF THE CITY ATTORNEY
CITY ATTORNEY
LAURA A. ROSSINI (SBN 223471)
ASSISTANT CITY ATTORNEY
20 CIVIC CENTER PLAZA, M-29
P.O. BOX 1988
SANTA ANA, CALIFORNIA 92702
TELEPHONE: (714) 647-5201
FACSIMILE: (714) 647-6515
EMAIL: lrossini@santa-ana.org

Attorneys for Defendant, CITY OF SANTA ANA *erroneously also served and sued as* the SANTA ANA POLICE DEPARTMENT and POLICE OFFICER RANDY SAUNDERS

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONTRERAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SANTA ANA, A Governmental Entity, SANTA ANA POLICE DEPARTMENT, A Governmental Entity, and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No.: SACV10-1131-CJC (Ex)<br><br>**ORDER DISMISSING ACTION FRCP RULE 41(a)(1)** |

GOOD CAUSE APPEARING from the Stipulation for Dismissal on file herein, this entire action is dismissed pursuant to Federal Rules of Civil Procedure, Rule 41 as against all defendants named in this action, whether served or unserved and whether having appeared in this action or not.

IT IS SO ORDERED.

Dated: July 5, 2011

_____
CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

1